## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 15, 2023

Mr. Gary A. Reeve
Law Office
5354 Cemetery Road
Hilliard, OH 43026

Ms. Leah Mary Wolfe
Office of the U.S. Attorney
303 Marconi Boulevard
Suite 200
Columbus, OH 43215

     Re:  Case No. 23-3220, *SeMa'j Griffin v. Defense Logistics Agency, et al*
         Originating Case No. : 2:21-cv-03922

Dear Counsel,

  This appeal has been docketed as case number **23-3220** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

  Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

  At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **March 29, 2023**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

            Appearance of Counsel
     Appellant:  Civil Appeal Statement of Parties & Issues
            Disclosure of Corporate Affiliations
            Application for Admission to 6th Circuit Bar (if applicable)

|  |  |
|---|---|
| Appellee: | Appearance of Counsel |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Ryan E. Orme
Case Manager
Direct Dial No. 513-564-7079

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 23-3220

SEMA'J GRIFFIN

       Plaintiff - Appellant

v.

DEFENSE LOGISTICS AGENCY; SECRETARY OF DEFENSE

       Defendants - Appellees